**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MELODY MOORE**                                                                                          **PLAINTIFF**

V.                                   **CASE NO.: 3:12CV00165 BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Melody Moore.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE