IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MELODY MOORE**                                                                                     **PLAINTIFF**

V.                              **CASE NO.: 3:12CV00165 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

Plaintiff Melody Moore has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #17) In her motion, Ms. Moore requests fees and expenses in the amount of $2,478.35. The Commissioner does not object to the amount requested. (#19)

Accordingly, Ms. Moore's motion (#17) is GRANTED, and she is awarded $2,478.35 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 8th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE